

# United States District Court
# Eastern District of California

| Manuel Hernan Guzman Lopez |
| --- |

Plaintiff(s)

Case Number: | 1:26-cv-01481-TLN-AC |

V.

| Chestnut, et al. |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Christine Raymond _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Manuel Hernan Guzman Lopez

On _____ 11/30/2022 _____ (date), I was admitted to practice and presently in good standing in the

_____ Massachusetts Supreme Judicial Court _____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Phan v. Becerra, et al., 2:25-cv-01757-DC-JDP (granted); Hoac v. Becerra, et al., 2:25-cv-01740-DC-JDP (granted);
Yang v. Kaiser, et al., 2:25-cv-02205-DAD-AC (granted) ; Zheng v. Albarran, et al., 1:25-cv-01685-DJC-CKD
(granted); Kakkar v. Chestnut, et al., 1:25;cv;01627-JLT-SAB (withdrawn)

Date: _____ 03/12/2026 _____        Signature of Applicant: /s/ Christine Raymond _____

**Pro Hac Vice Attorney**

Applicant's Name: Christine Raymond

Law Firm Name: Van Der Hout LLP

Address: 360 Post Street

Suite 800

City: San Francisco     State: CA     Zip: 94108

Phone Number w/Area Code: (415) 981-3000

City and State of Residence: San Francisco, CA

Primary E-mail Address: chra@vblaw.com

Secondary E-mail Address: ndca@vblaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Zachary Nightingale

Law Firm Name: Van Der Hout LLP

Address: 360 Post Street

Suite 800

City: San Francisco     State: CA     Zip: 94108

Phone Number w/Area Code: (415) 981-3000     Bar # 184501

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 13, 2026

JUDGE, U.S. DISTRICT COURT